UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GI'ANNA KILLIAN,

   Plaintiff,

v.            Case No: 6:19-cv-233-Orl-40LRH

NATIONWIDE MEDICAL LICENSING,
LLC and ALEXIS MCGUIRE,

   Defendants.
            /

## **ORDER**

  This cause is before the Court on the parties' Joint Renewed Motion and Memorandum of Law in Support of Request for Approval of Settlement (Doc. 17) filed on May 8, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

  After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

  Therefore, it is **ORDERED** as follows:

  1. The Report and Recommendation filed May 28, 2019 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. The Joint Renewed Motion and Memorandum of Law in Support of Request for Approval of Settlement (Doc. 17) is **GRANTED**.

  3. This matter is **DISMISSED with prejudice.**

  4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 12, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties